UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>DHILLON EXPRESS, et al.,<br><br>    Defendants. | Case No. 4:19-cv-01655-KAW<br><br>ORDER GRANTING TELEPHONIC APPEARANCE<br><br>Re: Dkt. No. 23 |

Defendants' motion to appear telephonically at the case management conference on October 15, 2019 at 1:30 P.M. is GRANTED.

Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *http://cand.uscourts.gov/kaworders*. This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the hearing date.

In the future, counsel shall review the Court's Standing Order on Telephonic Appearances, and submit the required proposed order. (*See* Judge Westmore's Standing Order on Telephonic Appearances ¶ 1.B.)

IT IS SO ORDERED.

Dated: September 24, 2019

                                              KANDIS A. WESTMORE
                                              United States Magistrate Judge